MICHAEL E. MITCHELL, #240199
**MITCHELL LAW GROUP, INC.**
334 W. Shaw Avenue, Suite A
Fresno, California 93704
Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant
**CONNOR J. DALTON**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Violation No.: 7576221 |
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE ARRAIGNMENT AND SET VIDEO APPEARANCE FOR ARRAIGNMENT ORDER THEREON |
| vs. | ) ) ) | |
| CONNOR J. DALTON, | ) ) ) ) | Division: Eastern District, Fresno Magistrate: Hon. Jeremy D. Peterson Date: January 28, 2010 Time: 1:00 pm |
| Defendant. | ) ) ) ) | |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, Acting Legal Officer for the National Park Service, and, Defendant, CONNOR J. DALTON ("Mr. Crump"), by and through her attorney of record, Michael Mitchell, that the arraignment in the above-captioned matter set for January 28, 2020 at 1:00 p.m., be vacated, and the matter be set for arraignment and via video conference on March 10, 2020 at 10:00 a.m. This request is made since Mr. Dalton lives in Pfafftown, North Carolina.

DATED: <u>January 23, 2020</u>　　　　　　　/s/ Michael E. Mitchell_____
　　　　　　　　　　　　　　　　　　　　　Michael E. Mitchell Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　CONNOR J. DALTON

DATED: <u>January 23, 2020</u>　　　　　　　/s/ Susan St. Vincent_____
　　　　　　　　　　　　　　　　　　　　　Susan St. Vincent, Acting Legal Officer
　　　　　　　　　　　　　　　　　　　　　National Park Service

## ORDER

It is hereby ordered that the above request (1) to vacate the arraignment for defendant CONNOR J. DALTON ("Mr. Dalton"), now set for January 28, 2020 at 1:00 p.m., and (2) to continue the arraignment to March 10, 2020 at 10:00 a.m., be granted. It is also hereby ordered that Mr. Dalton may appear via video conference at a United States District Court near his home in Pfafftown, North Carolina for arraignment.

IT IS SO ORDERED.

Dated:   January 25, 2020                              _____
                                                                        UNITED STATES MAGISTRATE JUDGE