Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  6:20-po-0010-JDP |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO VACATE STATUS CONFERENCE AND RESOLVE MATTER THROUGH FORFEITURE OF COLLATERAL; AND THEREON |
| CONNER J. DALTON, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Sean O. Anderson, acting legal officer, for the National Park Service, and Conner J. Dalton, by and through his attorney of record, Michael E. Mitchell, that the status conference in the above-captioned matter set for May 5, 2020 be vacated.  The Government agrees citation number 7576221 can be resolved through a forfeiture of collateral, consistent with the bail schedule, $150, plus the $30 processing fee.

Dated:  April 22, 2020              /S/ Sean O. Anderson
                                    Sean O. Anderson
                                    Acting Legal Officer
                                    Yosemite National Park

Dated:  April 22, 2020               /S/ Michael E. Mitchell
                                    Michael E. Mitchell
                                    Attorney for Defendant
                                    Conner J. Dalton

1

**ORDER**

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the May 5, 2020 status conference for *United States v. Dalton*, Case 6:20-po-0010-JDP, is vacated.

IT IS SO ORDERED.

Dated:   April 28, 2020                                      _____
                                                                                 UNITED STATES MAGISTRATE JUDGE